IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| EAGLE AIR MED CORPORATION, a Utah Corporation, and VALLEY MED FLIGHT INC., a North Dakota Corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>SENTINEL AIR MEDICAL ALLIANCE, a Wyoming Limited Liability Company, JEFFREY FRAZIER, an individual, and DOES 1 through 10,<br><br>        Defendants. | MC-18-4-M-DLC-JTJ<br><br>Relating to an Action Pending in the United States District Court for the Central Division of Utah<br>Case No. 2:16-cv-00176-TC<br><br><br>ORDER GRANTING LEAVE TO FILE UNDER SEAL |

Before the Court is James McHugh ("McHugh") and Allegiance Benefit

Management, Inc.'s ("Allegiance") unopposed Motion for Leave to File Under

Seal.  (Doc. 16.)

It is ORDERED that the motion (Doc. 16) is GRANTED.  McHugh and Allegiance may file their (1) Brief in Opposition to Motion to Compel Additional Deposition Testimony of James McHugh; and (2) Second Foundational Affidavit of Bradley J. Luck with referenced exhibits under seal.

DATED this 11th day of October, 2019.


John Johnston
United States Magistrate Judge