# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| EAGLE AIR MED CORPORATION, a Utah Corporation, and VALLEY MED FLIGHT INC., a North Dakota Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SENTINEL AIR MEDICAL ALLIANCE, a Wyoming Limited Liability Company, JEFFREY FRAZIER, an individual, and DOES 1 through 10,<br><br>Defendants. | MC 18-4-M-DLC-JTJ<br><br>Relating to an Action Pending in the United States District Court for the Central Division of Utah Case No. 2:16-cv-00176-TC<br><br>**ORDER** |

The Court conducted a hearing on all pending motions on October 30, 2019. For the reasons stated in open court,

IT IS HEREBY ORDERED:

1. Allegiance Benefit Plan Management, Inc.'s Motion for Leave to File Under Seal (Doc. 25) is DENIED.

2. Plaintiffs' Motion to Compel Additional Deposition Testimony of James McHugh (Doc. 11) is DENIED without prejudice to renewal. Plaintiffs may renew the motion if United States District Court Judge Tena Campbell determines: 1) that Plaintiffs have pleaded a tortious interference claim against Defendants

based upon Jeffrey Frazier's alleged disclosure of confidential information; and

2) the claim continues to exist notwithstanding her Memorandum Decision and Order dated August 30, 2019.

DATED this 31st day of October, 2019.

John Johnston
United States Magistrate Judge